2978. HILLIARD *v.* THE STATE.

HILL, C. J. In this case the certificate of the judge to the bill of exceptions is dated September 24, 1910, and the time of filing in the clerk's office was October 12, 1910. More than fifteen days having intervened between the date of the certificate and the date of filing, this court is without jurisdiction, and the writ of error must be dismissed. Civil Code of 1895, § 5554; *Jones* v. *State,* 7 *Ga. App.* 694 (67 S. E. 835).

DECIDED NOVEMBER 29, 1910.

*W. E. Watkins,* for plaintiff in error.
*J. W. Wise, solicitor-general,* contra.